FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Mar 11, 2025_____

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | |
| ) | Case No. 3:25-mj-157 |
| WILLIAMS JOSUE RODRIGUEZ-CALIX ) | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of March 11, 2025 in the county of Jefferson in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry into the United States by a previously removed or deported alien. |

This criminal complaint is based on these facts: See Affidavit in Support of Criminal Complaint, incorporated as if fully set forth herein.

**X**     Continued on the attached sheet

/s/ Erin Huffines
*Complainant's signature*
Special Agent Erin Huffines, HSI
*Printed name and title*

Sworn to by telephone and signed electronically under Fed. R. Crim. P. 4.1(a),

Date: March 11, 2025

*Judge's Signature*

City and State: Louisville, Kentucky     Regina S. Edwards, U.S. Magistrate Judge
*Printed Name and Title*

*AMS (AUSA initials)*