**Affidavit in Support of Criminal Complaint**
**For Williams Josue RODRIGUEZ-CALIX**

Your Affiant, Special Agent Erin Huffines, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent employed by HSI and currently assigned to the office in Louisville, Kentucky. I have been employed as an HSI Special Agent since July 2007. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to numerous types of investigations, including the investigation set out herein.

2. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 115(c)(1), and empowered by law to conduct investigations and to make arrests for offenses enumerated in 8 U.S.C. § 1326.

3. This affidavit is based upon my personal knowledge and information reported to me by other federal and local law enforcement officers as well as others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On March 11, 2025, officers with Immigration and Customs Enforcement (ICE) encountered and administratively arrested Williams Josue RODRIGUEZ-CALIX in Jefferson County Kentucky.

5. I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed RODRIGUEZ-CALIX was a Honduran citizen previously removed from the United States. RODRIGUEZ-CALIX was assigned alien registration number 206 761 238 in 2014, and his biometric data was a positive match for the following immigration history:

6. On June 19, 2014, United States Border Patrol (USBP) agents arrested RODRIGUEZ-CALIX for illegal entry near Eagle Pass, Texas, and served him a Notice to Appear, Form I-862 in violation of 212(a)(6)A) of the Immigration and Nationality Act (INA).

On September 12, 2017, an Immigration Judge issued RODRIGUEZ-CALIX an Order of Removal *in absentia* after RODRIGUEZ-CALIX failed to appear for a scheduled hearing. On November 13, 2018, RODRIGUEZ-CALIX was arrested by ICE after being released from the Colorado City Jail in Aurora, Colorado.

On December 12, 2018, RODRIGUEZ-CALIX was removed to Honduras.

7. DHS databases checks confirm RODRIGUEZ-CALIX was a positive match for the following criminal arrests:

On November 12, 2017, RODRIGUEZ-CALIX was arrested by Commerce City, Colorado Police Department for the offense of Crimes Against Person-Harassment, in violation of C.R.S. 18-9-106. Disposition unknown at this time.

On November 11, 2018, RODRIGUEZ-CALIX was arrested by the Aurora, Colorado Police Department for the offense of Disorderly Conduct, in violation of C.R.S. 18-9-106. Disposition unknown at this time.

On July 4, 2021, RODRIGUEZ-CALIX was arrested by the Department of Fish and Wildlife in Frankfort, Kentucky under alias Liam VACQUEZ for Alcohol Intoxication in a Public Place. Citation# 1P1420802. Disposition unknown at this time.

On September 21, 2021, RODRIGUEZ-CALIX was arrested by the Louisville Metro Police Department under the alias Williams Josue for Possession of Open Alcohol Beverage Container in a Motor Vehicle. Citation #1DW143992. Disposition unknown at this time.

On June 5, 2022, RODRIGUEZ-CALIX was arrested by the Louisville Metro Police Department for Possession of open Alcohol Container in a motor vehicle, and Possession of Marijuana and Drug Paraphernalia. Case #8022031228. Disposition unknown at this time.

On December 15, 2024, RODRIGUEZ-CALIX was arrested by the Louisville Metro Police Department for Giving Officer False Identifying Information and Operating Motor Vehicle Under the Influence of Alcohol. Case #2415151. Operating Motor Vehicle Under the Influence of Alcohol.

8. A review of electronic immigration records shows RODRIGUEZ-CALIX has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

10. Based on the above information, your affiant believes that RODRIGUEZ-CALIX is an alien who has been found in the United States in Jefferson County in the Western District of Kentucky, in violation of 8 U.S.C. § 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

/s/Erin Huffines
Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Attested to by the applicant in accordance with the reqi rements of Fed. R. Crim. P. 4.1( a) by telephonic and email submission on this the 11th day of March 2025.

_____
Regina S. Edwards
United States Magistrate Judge